**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-7775**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES ALLEN BULLOCK, a/k/a Man,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., Chief District Judge. (CR-92-194-D)

—————————

Submitted: April 29, 1999                Decided: May 4, 1999

—————————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

James Allen Bullock, Appellant Pro Se. John Warren Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Allen Bullock appeals the district court's order denying his motion for production of transcripts at government expense. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Bullock, No. CR-92-194-D (M.D.N.C. Nov. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED